

**FILED**

APR 0 5 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04–35–M–DWM–3 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| DHARMA RAY MCRYHEW, | |
| Defendant. | |

Mark D. Meyer, previously appointed CJA counsel for Defendant Dharma Ray McRyhew, requests he be appointed to assist the defendant in seeking modification of the conditions of her supervised release. (Doc. 456.) Although 18 U.S.C. § 3006A(a)(1)(E) provides for representation if a defendant "faces modification," it is not clear that representation must provided when it is the defendant that seeks the modification. In fact, it is often the case that a defendant makes a *pro se* request for modification or pursues modification directly through the United States Probation Office. The necessity of appointing counsel in this

1

instance cannot be determined without more information.

Accordingly, IT IS ORDERED that putative counsel supplement his motion to explain the nature of the modification sought.

Dated this 5th day of April, 2017.

_____
Donald W. Molloy, District Judge
United States District Court